to the Court of Appeals denied. [See 260 App. Div. 962.] Hill, P. J., Crapser, Heffernan and Schenck, JJ., concur; Foster, J., taking no part.

In the Matter of the Petition of ALMA M. FABRICIUS, Appellant, for an Order against ERNEST E. COLE, as Commissioner of Education, State of New York, Respondent, and BOARD OF EDUCATION OF THE CITY OF NEW YORK, Party-Respondent.— Motion dismissed. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

RALPH CALKIN, Appellant, v. GRAMM MOTOR TRUCK CORP., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

ELIZABETH STEIGER, Respondent, v. SYLVIA REIG, LOUIS REIG, BECKY BLUM, NORMAN KEMPER and SWAN LAKE COUNTRY CLUB, INC., Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

CHARLES SANN, JR., Appellant, v. JENNIE FREDERICKSON, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Attention is called to the fact that a copy of the decision of this court is not attached to the motion papers as required by rule 16 [of the Rules of Appellate Division, Third Department]. Hill, P. J., Crapser, Heffernan and Foster, JJ., concur; Schenck, J., taking no part.

In the Matter of the Estate of FRED G. KIRKBRIDE, Deceased.— Motion for leave to appeal to the Court of Appeals denied. Motion for certification of questions denied. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Probate of the Last Will and Testament of MAY ELIZABETH WHITE, Deceased.— Appeal from a decree of the Surrogate's Court of Broome County, admitting to probate the will of May Elizabeth White, deceased. The decree was made after a trial by jury of certain questions of fact, the principal one of which, and the only one of importance on appeal, was whether decedent was competent to make a will at the time she executed the instrument in question. The jury answered this question in the affirmative, and there was abundant evidence to sustain their verdict. No errors were committed on the trial sufficient to require a reversal of the decree. Decree unanimously affirmed, with separate bills of costs to respondent and special guardian. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.